UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KENNETH D. BAKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 3:16-cv-1445 |
| v. | ) | Judge Sharp |
| | ) | |
| BRIANNE M. BAKER, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

For the reasons stated in the accompanying Memorandum, Petitioner's *Motion to Alter or Amend* (Docket Entry No. 54.) is hereby GRANTED in part and DENIED in part. The motion will be granted with respect to the clerical error and denied as to the remaining relief sought.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE